UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. RÉMY MARTIN & CO.,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIRE SPIRITS LLC, VETROELITE INC., and VETROELITE S.P.A.,<br><br>                    Defendants. | Case. No. 21-cv-06838<br><br><br>**STIPULATION OF EXTENSION FOR DEFENDANTS TO ANSWER OR <u>OTHERWISE RESPOND</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants Vetroelite Inc. and Vetroelite S.P.A. ("Defendants") to answer, move or otherwise respond to the Complaint in this action is extended to and including October 18, 2021.  This is the first extension of Defendants' time to respond.  The requested adjournment affects no other scheduled dates in the action and no such similar extension previously has been given.

IT IS FURTHER STIPULATED AND AGREED that the parties to this Stipulation reserve all rights and defenses, including jurisdictional defenses, that they may have, and that entry into this Stipulation shall not impair or otherwise affect any such rights and/or defenses.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
       September 3, 2021

NORRIS MCLAUGHLIN, P.A.

By: _____
    Joseph Farco
    Jeanne Hamburg
    Bruce S. Londa
    David H. Siegel
7 Times Square
New York, New York 10036
(212) 808-0700
jfarco@norris-law.com
jhamburg@norris-law.com
bslonda@norris-law.com
dsiegel@norris-law.com

*Attorney for Plaintiff*

PRYOR CASHMAN LLP

By: _____
    Brad D. Rose
    Matthew S. Barkan
    Felicity Kohn
7 Times Square
New York, New York 10036
(212) 326-0407
brose@pryorcashman.com
mbarkan@pryorcashman.com
fkohn@pryorcashman.com

*Attorneys for Defendants Vetroelite Inc. & Vetroelite S.P.A.*

**SO ORDERED:**

_____
Hon. Alvin K. Hellerstein

Dated: _____

2