UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
E. RÉMY MARTIN & CO.,                 :
            Plaintiff,        :  Case No.: 1:21-cv-06838-AKH
      v.                     :  **NOTICE OF APPEARANCE**
SIRE SPIRITS, LLC, VETROELITE INC., and :
VETROELITE S.P.A.,
            Defendants.       :
------------------------------------- X

    **PLEASE TAKE NOTICE** that Craig Weiner, of the law firm Akerman LLP, admitted to practice in this Court, hereby enters his appearance in this action as counsel for Defendant Sire Spirits, LLC.

Dated: New York, New York
       September 7, 2021

By: */s/ Craig Weiner*
    Craig Weiner
    Akerman LLP
    1251 Avenue of the Americas, 37th Fl.
    New York, NY 10020
    Tel.: (212) 880-3800
    Fax: (212) 880-8965
    craig.weiner@akerman.com

*Counsel for Defendant Sire Spirits, LLC*