UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
E. RÉMY MARTIN & CO, :
:
                                   Plaintiff, : **SCHEDULING ORDER**
:
          -against- : 21 Civ. 6838 (AKH)
:
SIRE SPIRITS LLC, VETROELITE INC., and :
VETROELITE S.P.A., :
:
                             Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a remote hearing on February 7, 2022, at 12:00 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than February 5, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    December 29, 2021                  /s/ Alvin K. Hellerstein
              New York, New York         ALVIN K. HELLERSTEIN
                                           United States District Judge