UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ X
                                                       :
E. RÉMY MARTIN & CO.,                                  :
                                                       :      ORDER DENYING IN PART
                                           Plaintiff,  :      AND GRANTING IN PART
              -against-                                :      MOTIONS TO DISMISS
                                                       :      COMPLAINT
SIRE SPIRITS LLC, VETROELITE INC., and                 :
VETROELITE S.P.A.,                                     :      21 Civ. 6838 (AKH)
                                                       :
                                          Defendants.  :
                                                       :
------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendants Sire Spirits LLC, Vetroelite Inc., and Vetroelite S.P.A. move to dismiss the trademark-related claims in Plaintiff E. Rémy Martin & Co.'s First Amended Complaint ("FAC") for failure to adequately articulate the precise nature of the trade dress claimed. (ECF Nos. 73, 75).

    Plaintiff alleges that its trade dress is comprised of: "(a) a toroidal shape; (b) a flat, recessed center; and (c) ridging on the front and back surfaces surrounding the recessed center of the bottle and encircling the outward edges." FAC ¶ 20, ECF No. 68. This "creates a scalloped appearance when the bottle is viewed from the front or back." *Id.*

    "[A] plaintiff seeking to protect its trade dress in a line of products must articulate the design elements that compose the trade dress[.]" *Yurman Design, Inc. v. PAJ, Inc.*, 262 F.3d 101, 116–117 (2d Cir. 2001). Plaintiff has met this burden. Accordingly, the motions to dismiss are denied.

1

Defendants shall answer by April 8, 2022. The parties shall make their Initial Disclosures promptly thereafter. The Initial Pre-Trial Conference will be held on April 29, 2022 at 10:00a.m. The Clerk of Court shall terminate ECF Nos. 73, 75.

SO ORDERED.

Dated:   March 22, 2022
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge