UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. RÉMY MARTIN & CO,

                      Plaintiff,

-against-

SIRE SPIRITS LLC, VETROELITE INC., and VETROELITE S.P.A.,

                      Defendants.

**ORDER REGULATING PROCEEDINGS**

21 Civ. 6838 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

The schedule provided by my Order of April 28, 2022 (ECF No. 92) is cancelled. The following is the procedure to be followed.

1. On May 23, 2022, the parties simultaneously shall serve each other and file a table, as provided by my Order of April 28, 2022 (ECF No. 92).

2. The parties thereafter shall meet and seek as broad an agreement as to the meaning of terms as they can.

3. On June 2, 2022, the parties shall file a single table setting forth their agreed and disagreed interpretations, and separate briefs supporting their respective positions.

4. The Markman Hearing, set for June 2, 2022, is adjourned to June 13, 2022, at 2:30 p.m.

SO ORDERED.

Dated:    May 9, 2022
             New York, New York

             /s/   Alvin K. Hellerstein
             ALVIN K. HELLERSTEIN
             United States District Judge