UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
E. RÉMY MARTIN & CO,

                              Plaintiff,

      -against-

SIRE SPIRITS LLC, VETROELITE INC., and
VETROELITE S.P.A.,

                            Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 6838 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Immediately following the *Markman* hearing on June 13, 2022, the Court will regulate further proceedings in this case. The parties shall meet and confer and jointly prepare an agenda as to how the case should proceed, and submit the agenda to the Court, via ECF, no later than June 9, 2022 at 12:00 p.m.

        SO ORDERED.

Dated:     June 3, 2022                      ___/s/ Alvin K. Hellerstein___
            New York, New York          ALVIN K. HELLERSTEIN
                                                    United States District Judge