UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
E. RÉMY MARTIN & CO,
:
:
                                 Plaintiff, :   **MARKMAN ORDER**
:
   -against- :   21 Civ. 6838 (AKH)
:
SIRE SPIRITS LLC, VETROELITE INC., and :
VETROELITE S.P.A., :
:
                            Defendants. :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      After hearing the parties and studying their submissions, the Court's claim construction of the claim for U.S. Design Patent D638,649 (the "D649 Patent") is as follows:

**CONTINUED ON NEXT PAGE**

1

The ornamental design for a decanter, as shown and described in Figures 1-7.

"Decanter" means a decorative glass container used to decant or receive decanted liquids, ordinarily alcoholic, or used to pour and serve such liquids.



The design involves three concentric and circular arrays of facets which combine to give the appearance of a wheel-like, or toroidal, shape. The facets meet in the center of the front and back of the bottle in a recessed circle.

SO ORDERED.

Dated: June ??, 2022
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge