# akerman

*[Handwritten annotation: The status conference adjourned from Feb. 3 to March 3, 2023, 10:00 am — 2-1-23 /s/ A.K. Hellerstein]*

Reena Jain
Special Counsel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 822 2217
DirF: 212 259 8517
reena.jain@akerman.com

February 1, 2023

**VIA ECF AND FAX (212 805 7942)**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:    E. Rémy Martin & Co. v. Sire Spirits, LLC et al., Case No. 1:21-cv-06838-AKH**

Dear Judge Hellerstein:

We represent Defendant Sire Spirits, LLC ("Sire Spirits") in the above-referenced matter, and write together with counsel for Plaintiff E. Rémy Martin & Co. ("Rémy Martin"). Pursuant to Rule 1.D of Your Honor's Individual Rules, Sire Spirits and Rémy Martin respectfully submit this request for a thirty (30) day stay of this action and an adjournment of the status conference currently scheduled for Friday, February 3, 2023. Sire Spirits and Rémy Martin make this request to allow the parties time to complete settlement negotiations, and will provide the Court with an update on or before Friday, March 3, 2023.[1]

This is the first request for a stay of this action and adjournment of the February 3 status conference. There are no other scheduled dates in this action.

Thank you for your time and attention to this matter. We remain available for the February 3 conference if the Court deems it necessary.

Respectfully submitted,

/s/ Reena Jain

Reena Jain
Akerman LLP

/s/ Jeanne Hamburg

Jeanne Hamburg
Norris McLaughlin, P.A.

cc:    Counsel of Record (via ECF)

---

[1] Rémy Martin and Vetroelite Inc. and Vetroelite S.p.A. previously reached a settlement agreement. *See* Dkt. 140.

akerman.com