

7 Times Square
21st Floor
New York, NY 10036

T: 212-808-0700
F: 212-808-0844

917-369-8894
jhamburg@norris-law.com

March 1, 2023

**ECF and Fax (212 805 7942)**
Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  E. Rémy Martin & Co. v. Sire Spirits, LLC et al.,
     Case No. 1:21-cv-06838-AKH

Dear Judge Hellerstein:

*[Handwritten note: The conf is adjourned from March 3, 2023 to March 24, 2023 to 10:00 am. 3/1/23. /s/ AKHellerstein]*

We represent Plaintiff E. Rémy Martin & Co. ("Rémy Martin") in the above-referenced matter, and write together with counsel for Defendant Sire Spirits, LLC ("Sire Spirits"). Pursuant to Rule 1.D of Your Honor's Individual Rules, Rémy Martin and Sire Spirits respectfully submit this joint request for a fourteen (14) day adjournment of the status conference currently scheduled for Friday, March 3, 2023. Rémy Martin and Sire Spirits make this request to allow the parties time to complete settlement negotiations and finalize a settlement agreement, and will provide the Court with an update on or before Friday, March 17, 2023.

This is the first request for an adjournment of the March 3 status conference. There are no other scheduled dates in this action.

Thank you for your time and attention to this matter. We remain available for the March 3 conference if the Court deems it necessary.

Respectfully submitted,

/s/ Jeanne Hamburg                    /s/ Reena Jain

Jeanne Hamburg                         Reena Jain
Norris McLaughlin, P.A.                Akerman LLP


cc:     Counsel of Record (via ECF)



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM

69004571;1