# akerman

Reena Jain
Special Counsel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 822 2217
DirF: 212 259 8517
reena.jain@akerman.com

March 23, 2023

*[Handwritten note: The conf. is adjourned to April 28, 2023, 10:00 am. 3-21-23 /s/ Hellerstein]*

**VIA ECF AND FAX (212 805 7942)**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   E. Rémy Martin & Co. v. Sire Spirits, LLC et al., Case No. 1:21-cv-06838-AKH

Dear Judge Hellerstein:

We represent Defendant Sire Spirits, LLC ("Sire Spirits") in the above-referenced matter, and write together with counsel for Plaintiff E. Rémy Martin & Co. ("Rémy Martin"). Pursuant to Rule 1.D of Your Honor's Individual Rules, Sire Spirits and Rémy Martin respectfully submit this request for a fourteen (14) day adjournment of the status conference currently scheduled for Friday, March 24, 2023. Sire Spirits and Rémy Martin make this request to allow the parties additional time to complete settlement negotiations and finalize a settlement agreement, and will provide the Court with an update on Friday, April 7, 2023 or as soon thereafter as the Court is available.

This is the first request for an adjournment of the March 24 status conference.[1] There are no other scheduled dates in this action.

Thank you for your time and attention to this matter. We remain available for the March 24 conference if the Court deems it necessary.

Respectfully submitted,

/s/ Reena Jain

Reena Jain
Akerman LLP

/s/ Joseph Farco

Joseph Farco
Norris McLaughlin, P.A.

cc:   Counsel of Record (via ECF)

---

[1] Previous status conferences were scheduled for February 3 and March 3, 2023, and both were adjourned.

akerman.com