UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. RÉMY MARTIN & CO., <br><br> Plaintiff, <br><br> vs. <br><br> SIRE SPIRITS LLC, VETROELITE INC. and VETROELITE S.P.A., <br><br> Defendants. | Case No.: 1:21-cv-06838-AKH |

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Upon the Motion of Plaintiff E. Rémy Martin & Co. ("Rémy"), with consent from Defendant Sire Spirits, LLC ("Sire"), for an Order permitting the filing under seal of the Settlement Agreement and Release executed by Rémy and Sire on June 1, 2023 (the "Settlement Agreement"), and upon review of the Memorandum of Law and Declaration of Jeanne Hamburg in support of such motion, it is hereby:

**ORDERED** that Rémy's Motion to Seal the Settlement Agreement is **GRANTED**,

Dated: 6-14, 2023
New York, New York

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE